**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| BARBARA ROSENBLOOM, individually, ) and on behalf of all others similarly situated, ) ) Plaintiff, ) ) vs. ) ) NATIONAL HEALTH PLANS & ) BENEFITS AGENCY, LLC, ) ) Defendant. ) | Cause No. 4:19-CV-00147-HEA |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff Barbara Rosenbloom, through her counsel of record, and pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses this action without prejudice.

**BUTSCH ROBERTS & ASSOCIATES LLC**

By: /s/ Christopher E. Roberts
David T. Butsch #37539
Christopher E. Roberts #61895
231 South Bemiston Ave., Suite 260
Clayton, MO 63105
(314) 863-5700 (telephone)
(314) 863-5711 (fax)
butsch@butschroberts.com
roberts@butschroberts.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2019, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ Christopher E. Roberts